**John A. Delis, State Bar No. 149793**
jadelis@ldlawyers.com
**Warren B. Campbell, Esq., State Bar No. 70375**
wbcampbell@ldlawyers.com
**David E. Szymanski, State Bar No. 238992**
deszymanski@ldlawyers.com
**LONG & DELIS**
**400 N. Tustin Ave., Ste. 370**
**Santa Ana, California 92705**
**(714)668-1400 / (714)668-1411 (fax)**

**Peter J. Burfening Jr. (State Bar No. 199190)**
pburfening@wshblaw.com
**Steven R. Disharoon (State Bar No. 273170)**
sdisharoon@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
**501 West Broadway, Suite 1200**
**San Diego, California 92101**
**(619)849-4900 / (619)849-4950 (fax)**

Attorneys for Defendants OHL USA, INC.; CITY OF TEMECULA; RIVERSIDE COUNTY FLOOD CONTROL AND WATER CONSERVATION DISTRICT (Erroneously Sued and Originally Appeared as COUNTY OF RIVERSIDE)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| GUADALUPE MURILLO and ESTEBAN DE LOS SANTOS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA et al.,<br><br>            Defendants. | Case No.  5:20-cv-00212-JGB-KKx<br><br>**JUDGMENT BY COURT UNDER FED. R. CIV. P. 56 IN FAVOR OF DEFENDANT CITY OF TEMECULA AND AGAINST PLAINTIFFS** |

Having granted the motion for summary judgment of Defendant City of Temecula, Dkt. 97,

IT IS HEREBY ADJUDGED AND DECREED that judgment is entered in favor of Defendant City of Temecula and against Plaintiffs Guadalupe Murillo and Esteban De Los Santos.

DATED: January 25, 2024

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

John A. Delis, State Bar No. 149793
jadelis@ldlawyers.com
Warren B. Campbell, Esq., State Bar No. 70375
wbcampbell@ldlawyers.com
David E. Szymanski, State Bar No. 238992
deszymanski@ldlawyers.com
LONG & DELIS


*/s/ Warren B. Campbell*_____
WARREN B. CAMPBELL
Attorneys for Defendant City of Temecula